UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT
*Electronically Filed*

| | |
|---|---|
| **KENTUCKY PROTECTION AND ADVOCACY** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| **vs.** ) | No. 3:25-cv-00059-GFVT |
| ) | |
| **RANDY WHITE** ) | |
| **Commissioner** ) | |
| **Department of Juvenile Justice** ) | |
| ) | |
| Defendant ) | |

**MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**

Kentucky Protection and Advocacy (P&A) moves the Court pursuant to Federal Rule of Civil Procedure (FRCP) 65 for preliminary and permanent injunctive relief and respectfully request that the Court waive the security requirement under FRCP 65(c). In support of this motion, Plaintiff attaches and incorporates herein a Memorandum of Law. An appropriate proposed order is filed separately pursuant to Joint Local Rules of Civil Practice (LR) 7.1(e).

                                                  Respectfully submitted,

                                                  s/ Heidi Schissler Lanham
                                                  Heidi Schissler Lanham, Ky. Bar No. 83941
                                                  Lucy M. Heskins, Ky. Bar No 89891
                                                  Protection and Advocacy
                                                  11 Mill Creek Park, Suite 100
                                                  Frankfort, KY 40601
                                                  (502) 564-2967

heidi.schissler@ky.gov
lucy.heskins@ky.gov
Counsel for Plaintiff

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion, Supporting Memorandum, and Proposed Order was filed electronically with the Court on November 4, 2025 by using the CM/ECF system. Notice of this filing was sent to all parties, including those listed below, by operation of the Court's CM/ECF system and that service will be accomplished by the CM/ECF system. All Parties are registered CM/ECF users and may access this filing through the Court's CM/ECF system.

Russell Coleman
Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601

William Codell
Department of Juvenile
CHFS 275 E. Main St.
Frankfort, KY 40621

s/ Heidi Schissler Lanham
Counsel for Plaintiff