UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT
*Electronically Filed*

| | |
|---|---|
| **KENTUCKY PROTECTION AND ADVOCACY** )<br>)<br>Plaintiff ) )<br>)<br>vs. )<br>)<br>)<br>**RANDY WHITE**<br>**Commissioner**<br>**Department of Juvenile Justice** )<br>)<br>Defendant ) | No. 3:25-cv-00059-GFVT |

### ORDER GRANTING MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

\* \* \* \* \* \* \* \* \* \* \*

On Plaintiff's Motion and the Court being sufficiently advised,

IT IS **HEREBY ORDERED** that Plaintiff's Motion for Preliminary and Permanent Injunctive Relief is **GRANTED**.

(1) Plaintiff has shown that there is a strong likelihood of success and actual success on the merits of its claims that Defendant is violating its federal statutory and regulatory rights by failing to provide Plaintiff the requested documents in furtherance of its investigation as it is entitled under Federal law. Defendants' actions and inactions cause irreparable harm to Plaintiff as Plaintiff is unable to fulfill its federal mandate of protecting and advocating for the rights of

disabled people and investigating incidents of abuse and neglect for which it has probable cause; Defendants are not harmed when they follow the law; and the public interest is served when Defendants comply with the law and when federally mandated oversight functions effectively identify and address abuse and neglect.

    (2) Defendant shall provide Plaintiff the requested Incident Reports;

    (3) Security is not required by Plaintiff pursuant to FRCP 65(c) as Plaintiff's strong likelihood of success and the compelling public interest compels waiver; and

    (5) Plaintiff is the prevailing party pursuant to 42 U.S.C. §1988 as this Order is a judicial determination that alters the legal position of the parties.

    SO ORDRED this _____ day of _____, 2025.

                                                          _____
                                                          Judge, United States District Court
                                                          Eastern District of Kentucky \

Tendered by:

 s/ Heidi Schissler Lanham
Counsel for Plaintiff