**Lanham, Heidi S (DPA)**

| | |
|---|---|
| **To:** | Lanham, Heidi S (DPA) |
| **Subject:** | RE: P&A Request for DJJ Incident Reports |

**From:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Sent:** Thursday, October 23, 2025 9:43 AM
**To:** Codell, William (Justice) <William.Codell@ky.gov>
**Subject:** Re: P&A Request for DJJ Incident Reports

William:

It has been over a week, and we have not received the requested Incident Reports to which we clearly have access nor any viable reason for denial. We need to receive them by Friday, October 24 or will take appropriate steps.

Heidi

**From:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Sent:** Wednesday, October 15, 2025 5:20 PM
**To:** Codell, William (Justice) <William.Codell@ky.gov>
**Subject:** Re: P&A Request for DJJ Incident Reports

Thank you for circling back; I was planning on following up with you today any way.

**From:** Codell, William (Justice) <William.Codell@ky.gov>
**Sent:** Wednesday, October 15, 2025 2:46 PM
**To:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Subject:** RE: P&A Request for DJJ Incident Reports

I apologize for the delay in responding.  I've asked another attorney to assist me with some research on this issue.  I plan to look at that research and potentially do some research myself before the end of the week.

Sorry again for the delay.  Thank you.

William Codell

1

Exhibit A

*Attorney* | Office of Legal Services

Justice & Public Safety Cabinet

Office: 502-564-7554 | Direct: 502-892-3637

[/private/var/containers/Bundle/Application/F7A1210A-646C-4963-AD68-D753E2195A30/Outlook-iOS.app/Frameworks/EmailRendererKit.framework/justice.ky.gov]*justice.ky.gov*



*Confidentiality Statement:* The information contained in this email and its attachments may contain privileged and confidential material and is meant for the intended recipient only.  If you have received this message in error, please notify the sender immediately by replying to this message or by calling 502-892-3637.  Please do not disclose the contents to anyone.

**From:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Sent:** Thursday, October 9, 2025 4:35 PM
**To:** Codell, William (Justice) <William.Codell@ky.gov>
**Subject:** Re: P&A Request for DJJ Incident Reports

**CAUTION** PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Here is our response. Please let me know if you need further information or explanation.

**From:** Codell, William (Justice) <William.Codell@ky.gov>
**Sent:** Tuesday, October 7, 2025 6:09 PM
**To:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Subject:** P&A Request for DJJ Incident Reports

**CAUTION** PDF attachments may contain links to malicious sites. Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Dear Ms. Lanham:

Thank you for your letter dated October 2, 2025, requesting incident reports related to two residents at Adair Regional Detention Center/Youth Development Center and outlining the legal basis for your request under the Protection and Advocacy for Individuals with Mental Illness (PAIMI) Act. The Department of Juvenile Justice (DJJ) takes seriously its obligation to comply with applicable federal and state law, including the PAIMI Act. We also take seriously our obligation to protect the privacy rights of juveniles in our custody under Kentucky law and regulation.

Before producing the requested incident reports, DJJ respectfully requests that P&A obtain signed releases from the two juveniles in question using the appropriate DJJ release forms. Copies of the applicable forms are attached for your convenience.

While P&A asserts in its letter that both residents "due to their minority are unable to authorize access" under 42 U.S.C. §10805(a)(4)(B)(i), this characterization does not align with Kentucky law and DJJ's regulatory framework. Kentucky's administrative regulations recognize juveniles' capacity to authorize release of their own records. Specifically, 505 KAR 2:040 § 1(10) provides that "[t]he administration shall use a consent form that complies with applicable federal and state regulations. The juvenile signs a 'release of information consent form' before the release of information as required by regulation and a copy of the form is maintained in the juvenile's record." This regulation contemplates that juveniles themselves sign release forms authorizing disclosure of their records. This is consistent with the DPA's established practice and recognizes that juveniles, particularly those involved in the justice system, have privacy interests in their own records.

The DPA regularly uses release forms signed by juveniles when requesting records from DJJ. The attached blank forms are the same forms that DPA representatives have historically had juveniles sign during facility visits when seeking to access individual records. This longstanding practice demonstrates DPA's recognition that juveniles can and do authorize release of their own records.

DJJ does not dispute P&A's authority under the PAIMI Act to investigate. However, where Kentucky law provides a mechanism for juveniles to authorize release of their own records, and where DPA's own practice has been to obtain such authorization, DJJ respectfully requests that P&A follow this established procedure.

If you have any questions or would like to discuss this matter further, please do not hesitate to contact me.

Sincerely,

**William Codell**

*Attorney*  |  Office of Legal Services

Justice & Public Safety Cabinet

Office: 502-564-7554  |  Direct: 502-892-3637

[/private/var/containers/Bundle/Application/F7A1210A-646C-4963-AD68-D753E2195A30/Outlook-iOS.app/Frameworks/EmailRendererKit.framework/justice.ky.gov]*justice.ky.gov*



*Confidentiality Statement:* The information contained in this email and its attachments may contain privileged and confidential material and is meant for the intended recipient only.  If you have received this message in error, please notify the sender immediately by replying to this message or by calling 502-892-3637.  Please do not disclose the contents to anyone.

---

**From:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Sent:** Thursday, October 2, 2025 3:43 PM
**To:** Codell, William (Justice) <William.Codell@ky.gov>
**Subject:** Re: McCracken RJDC

   **\*\*CAUTION\*\***  PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov **for any assistance.**

---

William:

Here is our letter regarding P&A's legal authority for the requested Incident Reports.

Heidi

---

**From:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Sent:** Wednesday, October 1, 2025 4:27 PM
**To:** Codell, William (Justice) <William.Codell@ky.gov>
**Cc:** Lock, Brian A (Justice) <brian.lock@ky.gov>; Blaylock, Ann (Justice) <Ann.Blaylock@ky.gov>
**Subject:** Re: McCracken RJDC

William:

We'll add the additional persons to the folks we notify. Regarding the "protocol" you mentioned, I was referencing the letter our Director sent to Commissioner White on April 2, 2025 (copy attached).

Let me get back with you on the records after I've spoken to the folks who were there.

Heidi

---

**From:** Codell, William (Justice) <William.Codell@ky.gov>
**Sent:** Wednesday, October 1, 2025 4:20 PM
**To:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Cc:** Lock, Brian A (Justice) <brian.lock@ky.gov>; Blaylock, Ann (Justice) <Ann.Blaylock@ky.gov>
**Subject:** RE: McCracken RJDC

Heidi – I've got a quick follow up request.  My understanding is that during the monitoring visit at Adair Juvenile Detention Center today P&A asked for copies of incident report documents associated with a youth that has a medical issue at McCracken Juvenile Detention Center.  Out of an abundance of caution, I'd like to review the statute or regulation that would allow DJJ to release that type of documentation.  Could you forward to me a copy of the legal authority that would allow DJJ to release the incident report documents to P&A?  I thought you might know without needing to research the issue, and it will expedite the document production if you can forward the legal authority to me.

Thank you.

William

**William Codell**

*Attorney* |  Office of Legal Services

Justice & Public Safety Cabinet

Office: 502-564-7554  |  Direct: 502-892-3637

[/private/var/containers/Bundle/Application/F7A1210A-646C-4963-AD68-D753E2195A30/Outlook-iOS.app/Frameworks/EmailRendererKit.framework/justice.ky.gov]justice.ky.gov



*Confidentiality Statement:* The information contained in this email and its attachments may contain privileged and confidential material and is meant for the intended recipient only.  If you have received this message in error, please notify the sender immediately by replying to this message or by calling 502-892-3637.  Please do not disclose the contents to anyone.