**Commonwealth of Kentucky Department of Juvenile Justice**
**Authorization for Release of Patient Medical or Mental Health Records**

The undersigned authorizes as indicated below the disclosure of the patient's health information:

| Name of Juvenile | Social Security Number | DJJ Number (if known) |

| Date of Birth | Date(s) of Treatment to be Released |

**Records and information to be released from:**    **Records and information to be released to:**

**Purpose of Disclosure:**

☐ Continuing Care      ☐ Legal Issues/Court
☐ Application to Program  ☐ Disability Claim
☐ Patient's Request    ☐ Other (Specify): _____

**Information to be disclosed includes:**

☐ Admission Records          ☐ Psychological Testing           ☐ Other (Specify):
☐ Discharge Summary          ☐ Physician Orders/Prescriptions
☐ Psychosocial History/Psychosexual  ☐ Laboratory
☐ Psychiatric Records        ☐ Medication Records
☐ Psychological

**+++I understand that the health records may contain information relating to testing, diagnosis and treatment of hepatitis and HIV/AIDS. I also understand that the records may contain information regarding drug and/or alcohol abuse treatment. I authorize the release of these records unless otherwise indicated below.+++**

**I do not want the following released:**

☐ **HIV/AIDS**      ☐ **Hepatitis**      ☐ **Drug/Alcohol Abuse Treatment**

**REVOCATION AND TIME LIMITATION:** I understand that this authorization may be revoked in writing at any time, except to the extent that action has been taken in reliance on this authorization. **I further understand that this Release shall be a <u>one-time only release, which will expire within one year from the date of signature, or upon termination of commitment to DJJ, whichever occurs first.</u>**

**RE-DISCLOSURE:** The information disclosed pursuant to this authorization may be subject to re-disclosure and no longer protected by the privacy regulations promulgated pursuant to the Health Information Portability and Accountability Act (HIPPA), 45 C.F.R. Part 164.

I have read or been informed of the contents of this authorization and all areas were properly completed prior to my signature. I am aware that this form is not required as a condition of treatment. The facility, its employees, and agents are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

| Signature | Date |

| Printed Name of Witness | Signature of Witness | Date |

For Internal Use Only:   Date Released _____   Releasing staff signature _____   Route to: _____
Specific information released: _____                                                  11/2009

Exhibit C