**Commonwealth of Kentucky**
**Department of Juvenile Justice**

# Authorization for Release of Youth Records

**(Not Valid for Medical/Mental Health Records)**

The undersigned authorizes all employees and agents of the Department of Juvenile Justice to provide the below person or entity designated with any documents, photographs, transcripts (including audio tape or video tape) or other records which he/she requests. This Authorization for Release of Youth Records form specifically excludes the release of medical or mental health records.

_____    _____    _____
Name of Juvenile                                    Social Security Number                          DJJ Number (if known)

_____
Date of Birth

---

**Records to be released from:**                    **Records to be released to:**

_____                    _____
_____                    _____
_____                    _____
_____                    _____

**I do not want the following released:**

_____    _____    _____

**REVOCATION AND TIME LIMITATION**: I understand that this authorization may be revoked in writing at any time, except to the extent that action has been taken in reliance on this authorization.  **I further understand that this Release shall be a <u>one-time</u> only release, which will expire within thirty days (30) from the date of signature, or upon termination of commitment to DJJ, whichever occurs first.**

I have read or been informed of the contents of this authorization and all areas were properly completed prior to my signature. The facility, its employees, and agents are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

_____    _____
Signature of Youth in **RED** ink                                                              Date

_____    _____    _____
Printed Name of Staff Witness              Signature of Staff Witness                            Date

For Internal Use Only    Date Released: _____    Releasing staff signature: _____
Route to: _____

**STAFF:** Please ensure that a copy of the "DPA Juvenile Services Request for Information" form is attached, which identifies the specific records requested.

7/2007

Exhibit D