

**KENTUCKY**

**P&A**

PROTECTION
& ADVOCACY

**Protecting and Promoting the Rights of Kentuckians with Disabilities**

| | | |
|---|---|---|
| 11 Mill Creek Park Suite 100 | Telephone: (502) 564-2967 | Fax: 502 695-6764 |
| Frankfort, Kentucky 40601 | Toll Free: (800) 372-2988 | www.kypa.net |

October 9, 2025

William Codell
Department of Juvenile Justice
Office of Legal Services
1025 Capital Center Dr.
3rd Floor
Frankfort, KY 40601

Dear Mr. Codell:

I received your email dated October 7, 2025, regarding our request for two Incident Reports. While you acknowledged our federal access authority to perform investigations and to receive those reports, you requested that we first obtain the youths' consent using a DJJ authorization form. We decline to do so as our access authority is quite clear.

Both the PAIMI statute (42 U.S.C. § 10805(a)(4)(B)) and the PAIMI regulation (42 C.F.R § 51.41(b)(2)) clearly state that a P&A shall have access to "all records" of a person, like the two youths here, who are unable to authorize our access, for whom the state is the guardian, and where there is an allegation of abuse or neglect. While you cited to a state regulation that provides youth in DJJ custody the authority to authorize the disclosure of their records, you have provided no statutory authority that overrides the provisions of K.R.S. 2.015 identifying the age of majority as age 18. If such a statute is the basis for your request that P&A obtain the youth's authorization, please identify it and we will respond accordingly.

The law is clear: P&A is authorized to receive the requested records. We appreciate your attention to this matter. We look forward to receiving either the requested Incident Reports or your statutory authority for requiring the youth's authorization.

Respectfully,

Heidi Schissler Lanham

Exhibit E

P&A is a federally mandated program that receives funding from the U.S. Department of Health and Human Services, the U.S. Department of Education, and the Social Security Administration.