**Lanham, Heidi S (DPA)**

| | |
|---|---|
| **From:** | Lanham, Heidi S (DPA) |
| **Sent:** | Friday, October 31, 2025 12:01 PM |
| **To:** | Blaylock, Ann (Justice); White, Randy (DJJ); Codell, William (Justice) |
| **Cc:** | Edwards, Jeffery P (DPA) |
| **Subject:** | RE: P&A Access to Records |

I just realized Monday is November 3, 2025. My apologies for any confusion.

**From:** Lanham, Heidi S (DPA)
**Sent:** Friday, October 31, 2025 11:21 AM
**To:** Blaylock, Ann (Justice) <Ann.Blaylock@ky.gov>; White, Randy (DJJ) <randy.white@ky.gov>; Codell, William (Justice) <William.Codell@ky.gov>
**Cc:** Edwards, Jeffery P (DPA) <jeffery.edwards@ky.gov>
**Subject:** RE: P&A Access to Records

Ms. Blaylock:

As you know, administrative agencies are prohibited from promulgating regulations that conflict with, extend the meaning of, or are contrary to state statute. KRS 13A.120. Where such a conflict exists or the regulation is otherwise not authorized by statute, the regulation is void. KRS 13A.130. Accordingly, I am again asking the Department of Juvenile Justice to identify the specific statutory authority supporting a regulation that modifies or creates an exception to KRS 2.015, which establishes the age of majority as 18. If no such statutory authority exists, any regulatory language allowing a minor to authorize the release of highly confidential information or records to third parties conflicts with state law, exceeds the Department's rulemaking authority, and is void under KRS 13A.120 and .130.

Having found no such statutory authority ourselves, P&A again asserts that all three requisite conditions for disclosure exist and that federal law mandates the immediate disclosure of the documents.

P&A has, on multiple occasions, provided with the Department an explanation of and citations to our federal authority to conduct monitoring visits at juvenile justice facilities, to investigate allegations of abuse or neglect of youth residing in those facilities, and to obtain records in certain instances, including a detailed explanation of our authority underlying this particular request. Given Commissioner White's assurances that the Department intends to be fully cooperative with P&A in fulfilling our federal mandate and the materials and explanations P&A has provided to it regarding our authority and this request, I am confident that you have all of the information you need to expeditiously fulfill DJJ's obligations under federal law and produce the requested Incident Reports immediately.

Accordingly, we need to receive the requested Incident Reports by noon on Monday, November 4, 2025.

Respectfully,

Heidi Schissler Lanham

**From:** Blaylock, Ann (Justice) <Ann.Blaylock@ky.gov>
**Sent:** Thursday, October 30, 2025 8:11 PM

Exhibit F

**To:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>; White, Randy (DJJ) <randy.white@ky.gov>; Codell, William (Justice) <William.Codell@ky.gov>
**Cc:** Edwards, Jeffery P (DPA) <jeffery.edwards@ky.gov>
**Subject:** RE: P&A Access to Records

**\*\*CAUTION\*\*  PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.**

Ms. Lanham—

In reviewing the petition that you intend to file tomorrow, you claim that DJJ did not provide you with legal authority that juveniles can consent to the release of their own records.  As you know, in Kentucky, regulations have the effect of law.   Per 505 KAR 2:040, Section 1(10), juveniles can sign a release form to release their own records and that is sufficient for DJJ to release their records to you.  The Department of Public Advocacy ("DPA"), to which your agency is administratively attached, regularly uses these forms, and we release juvenile records to DPA.  For your convenience, those release forms are attached to this email.

Best regards,

Ann Blaylock

**Ann Blaylock, Esq.**
*General Counsel*
*Executive Director, Office of Legal Services*
Kentucky Justice & Public Safety Cabinet
c: 502-234-4919
ann.blaylock@ky.gov



*Confidentiality Statement:* This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received the communication in error please return it to the sender and then delete the communication and destroy the copies.

**From:** Lanham, Heidi S (DPA) <heidi.schissler@ky.gov>
**Sent:** Wednesday, October 29, 2025 1:18 PM
**To:** White, Randy (DJJ) <randy.white@ky.gov>; Codell, William (Justice) <William.Codell@ky.gov>; Blaylock, Ann (Justice) <Ann.Blaylock@ky.gov>
**Cc:** Edwards, Jeffery P (DPA) <jeffery.edwards@ky.gov>
**Subject:** P&A Access to Records

**\*\*CAUTION\*\*  PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.**

Lady and Gentleman:

We are writing you today following multiple attempts since October 1, 2025, to access requested records from DJJ, including fully setting forth our federal authority to receive those records. Protection & Advocacy intends to file the attached Petition in federal court on Friday morning if we do not receive the requested documents by close of business on Thursday, October 30, 2025.

Respectfully,

Heidi Schissler Lanham
Legal Director
Protection and Advocacy
11 Mill Creek Park, Suite 100
Frankfort, KY 40601
(502) 564-2967
(502) 382-7160 (Cell)
(800) 372-2988 Toll Free and TTY

http://twitter.com/KyAdvocacy
http://www.youtube.com/user/KyAdvocacy
http://www.kypa.net

The contents of this message and any attachment(s) contain information from Protection and Advocacy which may be confidential information and may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. This information is intended solely for use by the person named as recipient. Any disclosure, copying, distribution, or unauthorized use of the contents of this message is prohibited. If you are not the intended recipient or have received this message in error, please notify the sender by telephone (502) 564-2967 or by electronic mail, and promptly delete this message and any attachment(s). Thank you.